# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUSKOS, | Case No. 1:19-cv-01431-DAD-SAB |
| Plaintiff, | ORDER SETTING MOTION SCHEDULE AND CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant. | |

On December 3, 2019, the mandatory scheduling conference was set to be held before the undersigned. Counsel Fawn Bekam appeared telephonically for Michael Bouskos ("Plaintiff") and counsel Carrie Gonell appeared telephonically for JP Morgan Chase Bank, N.A. ("Defendant"). Plaintiff requested that this action be dismissed without prejudice and Defendant opposes the request. Accordingly, a motion schedule shall be set and the mandatory scheduling conference shall be continued pending resolution of any motions filed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Any motions shall be filed on or before **December 13, 2019**;

2. Opposition to any motion shall be filed on or before **January 6, 2020**;

3. Replies, if any, shall be filed on or before **January 13, 2020**;

4. A hearing on any motion filed shall be heard on **January 22, 2020, at 9:30 a.m.** in Courtroom 5 before District Judge Dale A. Drozd;

1    5.    The mandatory scheduling conference is continued **to June 11, 2020, at 9:30**

2          **a.m.** in Courtroom 9; and

3    6.    The parties shall file a joint scheduling report one week prior to the continued

4          scheduling conference.

5

6    IT IS SO ORDERED.

7    Dated:    **December 3, 2019**

                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28