# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUSKOS, | Case No. 1:19-cv-01431-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT |
| v. | FIVE DAY DEADLINE |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant. | |

On December 21, 2021, an order issued granting Defendant's motion to compel arbitration and this matter was stayed. (ECF No. 18.) Pursuant to the December 21, 2021 order, the parties were to file a status report every ninety days. (Id.) On March 22, 2021, a joint status report was filed. (ECF No. 19.) More than ninety days have passed and the parties have not complied with the order to file a joint report on the status of the arbitration.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order, the parties shall file a joint status report and continue to file a joint status report every **ninety (90) days** thereafter. The parties are advised that the failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 23, 2021**

_____
UNITED STATES MAGISTRATE JUDGE