# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL BOUSKOS, | Case No. 1:19-cv-01431-DAD-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING THE PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS |
| v. | |
| JP MORGAN CHASE BANK, N.A., | (ECF No. 21) |
| Defendant. | |

On December 21, 2021, an order issued granting Defendant JP Morgan Chase Bank N.A.'s motion to compel arbitration and this matter was stayed. (ECF No. 18.) Pursuant to the December 21, 2021 order, the parties were to file a status report every ninety days. (Id.) In the status report filed June 28, 2021, the parties state that Plaintiff Bouskos does not want to pursue his arbitrable claims at this time and they will be submitting a stipulation to voluntarily dismiss this action. (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file dispositive documents within **thirty (30) days** of the date of entry of this order; and
2. The failure to comply with this action may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **June 29, 2021**

UNITED STATES MAGISTRATE JUDGE

1