# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUSKOS,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 1:19-cv-01431-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 23) |

On October 10, 2019, Defendant removed this action, which was brought by Plaintiff on an individual basis and on behalf of all others similarly situated. (ECF No. 1.) On December 21, 2020, the Court granted Defendant's motion to compel arbitration of Plaintiff's individual claims, found Plaintiff's claims were covered pursuant to the arbitration agreement, and that because the class action waiver was enforceable, Plaintiff was required to pursue his claims on an individual basis in arbitration. (ECF No. 18.) The Court stayed and administratively closed this action. (Id.)

On July 29, 2021, a stipulation was filed dismissing this action without prejudice and with each party to bear its own costs and fees. (ECF No. 23.) The stipulation provides that Plaintiff does not intend to pursue arbitration of his individual claims at this time. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

/ / /

1 | Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2 | case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 30, 2021**

_____
UNITED STATES MAGISTRATE JUDGE